# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2021

162934(45)

STEVEN M. GURSTEN and MICHIGAN
AUTO LAW, PC,

        Plaintiffs-Appellants,

v

JOHN DOE 1, also known as TOM MAHLER,
JOHN DOE 3, also known as MARCELLUS
FRANCIS and VICTOR LANDON, SR.,
JOHN DOE 4, also known as VEGAN4 LIFE
and ARIELLE HIPPIE GIRL, and
JOHN DOE 5, also known as STOP EATING
ANIMALS,

        Defendants,

and

JOHN DOE 2, also known as PATRICK
ANDERSON,

        Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162934
COA: 352225
Oakland CC: 2019-171503-NO

On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on June 30, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2021



Clerk